# <u>Exhibit 1</u>

## __Schedule A__

| No. | Platform | Defendant Name / Alias | Listing URL |
|---|---|---|---|
| 1 | Amazon | CHANGHON | https://www.amazon.com/dp/B0FKYMLCM4 |
| 2 | Amazon | Dalongge | https://www.amazon.com/dp/B0FKYVSFPL |
| 3 | Amazon | Fanfanx | https://www.amazon.com/dp/B0FL23XKCK |