## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Renjie Wan,

        Plaintiff,

v.

The Defendants Identified on Schedule A,

        Defendant.

Case No. 25-cv-15678

## MOTION FOR ELECTRONIC SERVICE AND EXPEDITED DISCOVERY

Renjie Wan ("Plaintiff"), through its counsel and pursuant to Fed. R. Civ. P. 65, hereby moves this Court for an Order granting electronic means of service and expedited discovery. A memorandum supporting this motion is attached herewith.

Dated January 7, 2026.

Respectfully submitted
By: /s/ *Huicheng Zhou*
Bar No. 350005
Phone: 909-284-1929
2108 N ST STE #8330
Sacramento, CA 95816
Huicheng.zhou@aliothlaw.com
*Attorney for Plaintiff*

1